UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SHAWN BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>WARREN DEBBIE ASUNCION,<br><br>    Respondent. | No. CV 18-8892 MWF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 19, 2019

MICHAEL W. FITZGERALD
United States District Judge